# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**CRIMINAL Case 24-129 (MAJ)**

**USA**
Plaintiff

**Government's Exhibit List**

V.

**Osakwe Ismael Osagbue**
Defendant

| Presiding Judge Maria Antongiorgi-Jordan | | | | Government's Attorney(s) SAUSA Jose Capo-Iriarte, SAUSA Jose Diaz-Vega | Defendant's Attorney(s) Raymond L. Sanchez-Maceira |
|---|---|---|---|---|---|
| Suppression Hearing 12/5/2024 | | Courtroom Deputy Maria Elena Pintado-Espiet | | Court Reporter Evilys Carrion | |
| GOVERNMENT'S ID NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXHIBIT | DESCRIPTION OF EXHIBITS | |
| 1 | 12/5/2024 | 2 | 12/5/2024 | Photograph of Arrive Wheaton Building | |
| 2 | 12/5/2024 | 5 | 12/5/2024 | DVD containing Video/Audio x 2 Agents Bodycam | |
| 3 | 12/5/2024 | 3 | 12/5/2024 | Photograph of Apt 1027 door | |
| 4 | 12/5/2024 | 4 | 12/5/2024 | Closeup photograph of Apt 1027 door with agent's card | |
| 5 | 12/5/2024 | | | Application, Affidavit, Search Warrant Apt. 1027, Wheaton MD | |
| 6 | 12/5/2024 | 6 | 12/5/2024 | Miranda Statement of Rights | |
| 7 | 12/5/2024 | | | Judgment case 8:19-cr-00448PX | |
| 8 | 12/5/2024 | | | Motion to travel ECF 64 case 8:19-cr-00448PX | |
| 9 | 12/5/2024 | | | Motion Early Termination ECF 65 case 8:19-cr-00448PX | |
| 10 | 12/5/2024 | 1 | 12/5/2024 | Case No. 24-129 (MAJ) Docket No. 57-3 | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.