GOVERNMENT
EXHIBIT
MEPE
**2**
24-00129-MAJ     12/5/2024

