Government's Exhibit 5

# DIGITAL FILE (DVD)

**DVD Containing Video/Audio X 2 Agents' Bodycams**

**Location-Clerk's Office**